THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JERRY JEROME, Appellant, et al., Defendants.

Argued January 21, 1954; decided February 25, 1954.

*Samuel Kroland* for appellant.

*Frank S. Hogan, District Attorney (Charles W. Manning, Jack M. Cotton* and *Oscar A. Bloustein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.